# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, SR.,<br><br>            Appellant,<br>vs.<br>THE STATE OF NEVADA; U STORE;<br>DAVID HERMANSON; CHRIS A.<br>BEECROFT, JR.; 8TH JDC CLERKS #46<br>& 26; AND CLARK LESLIE,<br>            Respondents. | No. 80342<br><br>**FILED**<br><br>JAN 23 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>       DEPUTY CLERK |
| VICTOR TAGLE, SR.,<br><br>            Appellant,<br>vs.<br>THE STATE OF NEVADA; AND NDOC,<br>            Respondents. | No. 80343 |
| VICTOR TAGLE, SR.,<br><br>            Appellant,<br>vs.<br>THE STATE OF NEVADA; AND CCA,<br>            Respondents. | No. 80344 |
| VICTOR TAGLE, SR.,<br><br>            Appellant,<br>vs.<br>THE STATE OF NEVADA; AND CLARK<br>COUNTY DFS,<br>            Respondents. | No. 80345 |

## ORDER DISMISSING APPEALS

These are pro se appeals. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant appears to challenge proceedings that occurred on December 17, 2019. The oral rulings made during the proceedings are ineffective and cannot be appealed. *See State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying

controversy, must be written, signed, and filed before they become effective"). Accordingly, this court

ORDERS these appeals DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:   Hon. Linda Marie Bell, Chief Judge
      Victor Tagle, Sr.
      Attorney General/Carson City
      Eighth District Court Clerk

---

[1]Given these dismissals, this court takes no action in regard the documents filed in these appeals on January 17 and 21, 2020.